UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 14-CV-23124-WILLIAMS

DIANELYS POLLS,

    Plaintiff,

vs.

HALSTED FINANCIAL SERVICES, LLC,

    Defendant.
_____/

## ORDER DISMISSING AND CLOSING CASE

**THIS MATTER** is before the Court upon review of the record. The Complaint in this matter was filed on August 25, 2014 [D.E. 1]. Nothing in the record shows that the Defendant has been served in this matter, and the time for doing so has expired. Accordingly, pursuant to Fed. R. Civ. P. 4(m), this case is DISMISSED WITHOUT PREJUDICE. All pending motions are DENIED as moot, and the Clerk is directed to CLOSE this case.

**DONE AND ORDERED** in Chambers, at Miami, Florida, this 30th day of December, 2014.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE